FILED
CLERK, U.S. DISTRICT COURT
JAN 24 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Ricardo Rodriguez DEFENDANT(S). | CASE NUMBER 11-182 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __January 31__, __2011__, at __11:00__ ☒ a.m. / ☐ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __1/24/11__

__Ralph Zarefsky__
U.S. District Judge/Magistrate Judge